In the
**UNITED STATES DISTRICT COURT**
for the **SOUTHERN DISTRICT OF INDIANA**,
NEW ALBANY DIVISION

| | |
|---|---|
| **JULIE A. GATEWOOD BOOKER**, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CAUSE NO. 4:08-cv-097-SEB-WGH ) |
| **MICHAEL J. ASTRUE**, Commissioner of the Social Security Administration, | ) ) ) |
| Defendant. | ) ) |

## J U D G M E N T

The Court having this day issued is Entry in this Cause, it is hereby ORDERED, ADJUDGED, and DECREED that the decision of the Defendant Commissioner denying Plaintiff's application for disability benefits is REVERSED and REMANDED for reconsideration. This is a final judgment pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**SO ORDERED**.

Date: 09/15/2009

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Timothy J. Vrana
tim@timvrana.com